## Martsolf Furniture Company *v.* Groscost, Appellant.

*Appeals—Paper-books—Quashing appeal.*

An appeal from a judgment on a case stated will be quashed where the paper-book of the appellant contains nothing but the case stated, the opinion of the court and the argument.

Argued May 9, 1911.   Appeal, No. 72, April T., 1911, by defendant, from order of C. P. Beaver Co., for judgment for plaintiff on case stated in case of Martsolf Furniture Company v. J. Scott Groscost, Sheriff.   Before RICE, P. J., HENDERSON, MORRISON, ORLADY, HEAD, BEAVER and PORTER, JJ.   Appeal quashed.

Case stated.   Before HOLT, P. J.

The paper-book of appellant contained neither docket entries, statement of question involved, history of the case, nor assignments of error.

*Joseph L. Holmes*, with him *W. J. Mellon*, for appellant.

*Robert Ritchie*, with him *David K. Cooper*, for appellee.

PER CURIAM, May 9, 1911:
Quashed at bar.

---

## Hinchcliff, Appellant, *v.* Hinchcliff.

*Divorce—Desertion—Evidence.*

A wife will be entitled to a divorce where she shows by two disinterested witnesses that her husband left her without any grounds for desertion with two children less than two years old, and that after he had left her she had supported them by the aid of relatives without any help of any kind from her husband.